IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ISABEL MARBLE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DEBORAH EVERLY, <br><br> Defendant/Third-Party Plaintiff, <br><br> vs. <br><br> ANN HERMANSON, <br><br> Third-Party Defendant. | CV-21-94-BU-BMM <br><br> **ORDER** |

Plaintiffs have moved for an order allowing Stacey A. Carroll, Esq., to appear *pro hac vice* in this case with Matthew A. Dodd, Esq., designated as local counsel. The application of Ms. Carroll appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Plaintiffs' motion to allow Ms. Carroll to appear on its behalf (Doc. 9) is **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Ms. Carroll must do her own work. She must do her own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Ms. Carroll, not the law firm she works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Ms. Carroll must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 7th day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court