UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ISABEL MARBLE, EVAN MARBLE, and KATHY MARBLE,<br><br>　　　　Plaintiffs,<br>　v.<br><br>DEBORAH EVERLY,<br><br>　　　　Defendant. | Cause No.: CV-21-94-BU-BMM<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| DEBORAH EVERLY,<br><br>　　　　Third-Party Plaintiff<br>v.<br><br>KRISTY COFFIN, THE TOWN OF WEST YELLOWSTONE a Political Subdivision of the State of Montana, THE TOWN OF WEST YELLOWSTONE POLICE DEPARTMENT, AND X, Y, Z COMPANIES,<br><br>　　　　Third-Party Defendants. | |

　　Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 49) entered jointly by the parties;

　　IT IS HEREBY ORDERED that this action is dismissed with prejudice with the parties to bear their own costs and attorneys' fees.

DATED this 25th day of October, 2022.

_____
Brian Morris, Chief District Judge
United States District Court